IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § <br> AS BROADCAST LICENSEE § <br> OF THE MAY 22, 2010 "ONCE § <br> AND FOUR ALL": § <br>  VAZQUEZ / MARQUEZ PROGRAM § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> FOWLER'S BARBECUE AND § <br> STEAKHOUSE, INC., Individually and § <br> d/b/a FOWLER'S BARBECUE AND § <br> STEAKHOUSE and d/b/a WILD BILL'S § <br> SPORTS BAR; DAVID LOVING, § <br> Individually and d/b/a FOWLER'S § <br> BARBECUE AND STEAKHOUSE § <br> and d/b/a WILD BILL'SSPORTS BAR; § <br> WILLIAM G. STANLEY, JR., § <br> Individually and d/b/a FOWLER'S § <br> BARBECUE AND STEAKHOUSE § <br> and d/b/a WILD BILL'S SPORTS BAR; and § <br> 4) WILLIAM G. STANLEY, SR., § <br> Individually and d/b/a FOWLER'S § <br> BARBECUE AND STEAKHOUSE and § <br> d/b/a WILD BILL'S SPORTS BAR, § <br> § <br> *Defendants*. § | CIVIL ACTION No. 9-13-CV-104 <br><br> JUDGE RON CLARK |

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Before the court is the Notice of Dismissal Without  Prejudice filed Plaintiff J&J Sports Production, Inc. (Doc. # 5).  Pursuant to Fed. R. Civ. P. 41(a)(1), a plaintiff may seek voluntary dismissal without prejudice, prior to an answer or motion for summary judgment by the opposing parties.  If the Plaintiff previously dismissed the same claims in a state or federal action, the notice of dismissal serves as an adjudication of the merits.  The Defendants have not filed an answer or a motion for summary judgment, and the Plaintiff's motion states the Plaintiff has not

previously dismissed an action based on these claims.  It is in the opinion of the court that it should dismiss this case without prejudice.

       IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

       So **ORDERED** and **SIGNED** this **23** day of **August, 2013.**

_____
Ron Clark, United States District Judge